United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 24-04034-TPG
Gregory Ku Kenyota  Chapter 7
Michela Simone Frankel-Kenyota
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: admin      Page 1 of 2
Date Rcvd: Aug 05, 2024      Form ID: 309A      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Ku Kenyota, Michela Simone Frankel-Kenyota, 6717 Banner Lake Cir, Apt. 11107, Orlando, FL 32821-9391 |
| 31079263 | | FM/TOWD POINT ASSENT GRANTOR, S 13TH ST, Lincoln, NE 68508 |
| 31079264 | + | FNB, 1620 Dodge St., Omaha, NE 68197-0003 |
| 31079262 | + | Firstmark/GS2 Grantor Trust 2016-A, 121 S 13th St, Lincoln, NE 68508-1904 |
| 31079269 | + | The Wesley, 6600 Banner Lake Cir, Orlando, FL 32821-9384 |
| 31079271 | + | United Medical Doctors, 79180 Corporate Centre Dr., Ste. 103, La Quinta, CA 92253-7235 |
| 31079272 | + | Universal Studios Orlando, 6000 Universal Boulevard, Orlando, FL 32819-7640 |
| 31079273 | + | Walt Disney World, P.O. Box 10000, Lake Buena Vista, FL 32830-1000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | ^ | MEBN | Aug 05 2024 22:28:08 | Gene T Chambers, Post Office Box 533987, Orlando, FL 32853-3987 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Aug 06 2024 00:53:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31079253 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 05 2024 23:51:18 | Affirm, 30 Isabella Street Floor 4, Pittsburgh, PA 15212-5862 |
| 31079254 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2024 00:13:09 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 31079256 | + | EDI: TSYS2 | Aug 06 2024 02:28:00 | BARCLAYS BANK DELAWARE, PO Box 8803, Wilmington, DE 19899-8803 |
| 31079255 | | EDI: BANKAMER | Aug 06 2024 02:27:00 | Bank of America, 4060 OGLETOWN STANTON RD, DE5-019-03-07, Newark, DE 19713 |
| 31079257 | + | EDI: CITICORP | Aug 06 2024 02:28:00 | Best Buy/CBNA, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 31079258 | + | EDI: CAPITALONE.COM | Aug 06 2024 02:28:00 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 31079259 | + | EDI: CITICORP | Aug 06 2024 02:28:00 | Citibank, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 31079260 | + | EDI: DISCOVER | Aug 06 2024 02:28:00 | Discover Bank, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 31079261 | + | Email/Text: EBN@edfinancial.com | Aug 06 2024 00:52:00 | Edfinancial Services, P.O. Box 36008, Knoxville, TN 37930-6008 |
| 31079249 | | EDI: FLDEPREV.COM | Aug 06 2024 02:28:00 | Florida Department of Revenue, Bankruptcy Unit, |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: 309A | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31079250 | | EDI: IRS.COM | Aug 06 2024 02:28:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31079265 | | EDI: JPMORGANCHASE | Aug 06 2024 02:28:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 31079266 | | Email/Text: EBN@Mohela.com | Aug 06 2024 00:52:00 | MOHELA/DEPT OF ED, 633 Spirit Dr, Chesterfield, MO 63005 |
| 31079248 | + | Email/Text: Bankruptcy@octaxcol.com | Aug 06 2024 00:52:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 31079267 | + | EDI: DISCOVERSL.COM | Aug 06 2024 02:28:00 | SLC STUDENT LOAN TRUST, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 31079268 | + | EDI: WTRRNBANK.COM | Aug 06 2024 02:28:00 | TD BANK USA/TARGET CREDIT, PO Box 673, Minneapolis, MN 55440-0673 |
| 31079270 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 06 2024 00:52:00 | Toyota Motor Credit Company, P.O. Box 105386, Atlanta, GA 30348-5386 |
| 31079274 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Aug 06 2024 00:53:00 | WESTLAKE SERVICE INC, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024         Signature:         /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Gregory Ku Kenyota<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0205 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Michela Simone Frankel–Kenyota<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6022 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 7      8/2/24 |
| Case number: | 6:24–bk–04034–TPG | Date Notice Issued: | 8/5/24 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory Ku Kenyota | Michela Simone Frankel–Kenyota |
| 2. | **All other names used in the last 8 years** | dba Kenyota Law | aka Michela Frankel, dba Kenyota Law |
| 3. | **Address** | 6717 Banner Lake Cir<br>Apt. 11107<br>Orlando, FL 32821 | 6717 Banner Lake Cir<br>Apt. 11107<br>Orlando, FL 32821 |
| 4. | **Debtor's attorney**<br>Name and address | None | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Gene T Chambers<br>Post Office Box 533987<br>Orlando, FL 32853 | Contact phone (407) 872–7575 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

Debtor **Gregory Ku Kenyota** and **Michela Simone Frankel-Kenyota**            Case number **6:24-bk-04034-TPG**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Office Hours: 8:30 AM to 4:00 PM<br>Monday through Friday<br><br>Contact phone: 813-301-5319 |
| | ***You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse.*** | | |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 30, 2024 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**<br>Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 705 094 3282, and passcode 9449113494, or call 321-448-1154 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***<br>*** For additional meeting information go to https://www.justice.gov/ust/moc *** | | |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** October 29, 2024 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866-222-8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**            page **2**