United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-04034-TPG |
| Gregory Ku Kenyota | Chapter 7 |
| Michela Simone Frankel-Kenyota | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Ku Kenyota, Michela Simone Frankel-Kenyota, 6717 Banner Lake Cir, Apt. 11107, Orlando, FL 32821-9391 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com  gtc@trustesolutions.com;gtc@trustesolutions.net |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 2

**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:   Case No. 6:24−bk−04034−TPG
Chapter 7

Gregory Ku Kenyota
dba Kenyota Law

Michela Simone Frankel−Kenyota
aka Michela Frankel
dba Kenyota Law

_____Debtor(s)_____/

**NOTICE OF FREE LEGAL RESOURCES TO
<u>PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY</u>**

**ELECTRONIC NOTICE BY EMAIL:** If you have an email address, you may request to receive copies of all notices and orders generated by the Court in your case by email rather than by U.S. Mail. The email will include a link to the notice or order via Public Access to Court Electronic Records (PACER). You will also receive notification when other filings are made in your case that you can access via PACER. If you want to receive notices and orders generated by the Court via email and PACER, complete the Request Form available on the Court's website and at the following link:

http://www.flmb.uscourts.gov/filing_without_attorney_1/requestnotification.htm

The following free legal resources are available if you need help with your pro se case (cases filed without an attorney) or if you want to learn about qualifying to receive pro bono (free) or reduced fee legal representation.

**DISCLAIMER: Although the links to external websites included in this Notice are provided for your convenience, the websites are created and maintained by other organizations. The United States Bankruptcy Court for the Middle District of Florida does not control or guarantee the accuracy, relevance, timeliness, or completeness of information maintained on external websites, nor does it control or guarantee their ongoing availability, maintenance, or security. The Court does not endorse any views expressed, or products or services offered, on external websites or the organizations sponsoring them.**

| | **FREE VIRTUAL/TELEPHONIC PRO SE CLINICS** | |
|---|---|---|
| **Middle District of Florida Bankruptcy Pro Se Clinic** | http://www.bankruptcyproseclinic.com <br><br> • Free 30–minute virtual or telephone legal consultations to individuals representing themselves in the United States Bankruptcy Court for the Middle District of Florida. | or scan the QR Code |
| | **LEGAL ASSISTANCE PROGRAM FOR THE MIDDLE DISTRICT OF FLORIDA** | |
| **Legal Assistance Program and Application for Pro Bono Counsel** | https://www.flmb.uscourts.gov/filing_without_attorney_1/legalAssistance.htm <br><br> • Free legal resources for the Middle District, including a legal assistance program to enable low–income individual debtors (and in some instances their spouses and former spouses) and low–income individual creditors to receive free legal services in certain types of matters and proceedings. | or scan the QR Code |
| | **FREE ONLINE RESOURCES** | |
| **Middle District of Florida Online Resources** | http://www.flmb.uscourts.gov/ <br><br> • Click on "Filing Without An Attorney" at the top of the page. <br> • Obtain information about the bankruptcy process including free bankruptcy forms. | or scan the QR Code |
| **The Florida Bar Association Lawyer Referral Service** | https://www.floridabar.org/public/lrs/ <br><br> • The Florida Bar Lawyer Referral Service is designed to make it easy for consumers to connect to verified attorneys. | or scan the QR Code |
| **The Bankruptcy Pro Bono Resource Locator** | https://bankruptcyresources.org/content/resources?state=FL <br><br> • Pro Bono Resources and attorney contact information for American Bankruptcy Institute members. | or scan the QR Code |
| **Florida Law Help** | https://floridalawhelp.org/ <br><br> • Online Q&A Resource: Select your legal issue, answer a few questions, find the help you need. | or scan the QR Code |
| **Florida Free Legal Answers** | https://florida.freelegalanswers.org <br><br> • Virtual legal advice clinic in which qualifying users post civil legal questions at no cost to be answered by pro bono attorneys licensed in their state. | or scan the QR Code |

| **LOCAL LEGAL AID ORGANIZATIONS AND FREE VIRTUAL/TELEPHONIC PRO SE CLINICS & IN–PERSON PRO SE CLINICS** | | |
|---|---|---|
| **Community Legal Services of Mid–Florida, Inc. "CLS"** | Contact Information for CLS:<br><br>- [T] 407–841–7777 *(Orange County)*<br>- [T] 352–343–0815 *(Lake County)*<br>- [T] 407–322–8983 *(Seminole County)*<br>- [T] 386–255–6573 *(Volusia County)*<br>- http://www.clsmf.org/ | or scan the QR Code |
| **Legal Aid Society of the Orange County Bar Assoc. Inc.** | Contact Information:<br><br>- [T] 407–841–8310<br>- [T] 352–629–0105 *(Marion County)*<br>- Email: info@legalaidocba.org<br>- http://www.legalaidocba.org/ | or scan the QR Code |
| **Brevard County Legal Aid, Inc.** | Contact Information:<br><br>- [T] 321–631–2500<br>- http://www.brevardcountylegalaid.org/ | or scan the QR Code |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flmb.uscourts.gov.

Dated August 6, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**